


U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

NOV 24 1999

ROBERT H. SHEMWELL, CLERK
BY_____
            DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE - OPELOUSAS DIVISION

| | | |
|---|---|---|
| JOEL A. MORVANT, SR., MONICA MORVANT, JOEL A. MORVANT, JR. AND RIDGE M. MORVANT | * * * * | CIVIL ACTION NO. CV 99-1427 L-O |
| VERSUS | * * | JUDGE SHAW |
| L&L SANDBLASTING, INC. and CXY ENERGY, INC. | * * | MAGISTRATE METHVIN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MAY CALL WITNESS LIST

L&L Sandblasting, Inc., who in compliance with the Court's November 8, 1999 Scheduling Conference Order, respectfully submits that it may call the following witnesses at trial:

1. Joel A. Morvant, Sr.
   Fact witness to testify to the events immediately prior to, at the time of, and following the alleged incident, operations in general, experience, and roles and responsibilities of respective parties;

2. Monica Morvant
   Fact witness to testify to the events immediately prior to, at the time of, and following the alleged incident, operations in general, experience, and roles and responsibilities of respective parties;

3. David Stephens, or other representative of L&L Sandblasting, Inc.
   Fact witness to testify to the events immediately prior to, at the time of, and following the alleged incident, operations in general, experience, and roles and responsibilities of respective parties;

4. Doug Otten, or other representative of CXY Energy, Inc.
   Fact witness to testify to the events immediately prior to, at the time of, and following the alleged incident, operations in general, experience, and roles and responsibilities of respective parties;



5. Representative of C&D Specialists Company, Inc.
   Fact witness to testify to the events immediately prior to, at the time of, and following the alleged incident, operations in general, experience, and roles and responsibilities of respective parties;

6. Michael Estillette, foreman
   Fact witness to testify to the events immediately prior to, at the time of, and following the alleged incident, operations in general, experience, and roles and responsibilities of respective parties;

7. James Fuselier, blaster/painter
   Fact witness to testify to the events immediately prior to, at the time of, and following the alleged incident, operations in general, experience, and roles and responsibilities of respective parties;

8. Wade Moorhead, blaster/painter
   Fact witness to testify to the events immediately prior to, at the time of, and following the alleged incident, operations in general, experience, and roles and responsibilities of respective parties;

9. John E. Cobb, M.D.
   Medical expert to testify as to facts and opinions concerning medical aspects of plaintiff's alleged injury, treatment, and resulting disability, if any;

10. Joseph Comeaux, M.D.
    Medical expert to testify as to facts and opinions concerning medical aspects of plaintiff's alleged injury, treatment, and resulting disability, if any;

11. Donald Bryant, D.C.
    Medical expert to testify as to facts and opinions concerning medical aspects of plaintiff's alleged injury, treatment, and resulting disability, if any;

12. Douglas Bernard, M.D.
    Medical expert to testify as to facts and opinions concerning medical aspects of plaintiff's alleged injury, treatment, and resulting disability, if any;

13. Liability expert to be named at a later date;

14. Economic expert to be named at a later date;

15. Vocational rehabilitation expert to be named at a later date;

16.  Any witness whose testimony may be necessary or appropriate for purposes of impeachment, rebuttal, and/or completeness of the record;

17.  Any witness listed by any other party to this litigation; and

18.  L&L Sandblasting, Inc. expressly reserves the right to supplement and amend this list as and when more information becomes available.

                                        Respectfully submitted,

                                        VOORHIES & LABBÉ

                                        _____
                                        ROBERT S. HINYUB, JR. (#24457)
                                        700 St. John Street
                                        Post Office Box 3527
                                        Lafayette, LA 70502-3527
                                        Phone: (318) 232-9700

                                        **Counsel for L&L SANDBLASTING, INC.**

## CERTIFICATE

**I HEREBY CERTIFY** that a copy of the above and foregoing has this day been forwarded to all known counsel of record by depositing same in the United States mail, postage prepaid and properly addressed.

Lafayette, Louisiana this 23rd day of November, 1999.

                                        _____
                                        ROBERT S. HINYUB, JR.