U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

NOV 26 1999

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| JOEL A. MORVANT, SR., MONICA MORVANT, JOEL A. MORVANT, JR., AND RIDGE M. MORVANT | * * * | CIVIL ACTION NO.: CV99-1427 SECTION L-O |
| VERSUS | * | |
| L&L SANDBLASTING, INC. and CXY ENERGY INC. | * * | |

*************************************************************************

### CXY ENERGY INC.'S MAY CALL WITNESS LIST AND PRELIMINARY EXHIBIT LIST

CXY Energy Inc. hereby submits to opposing counsel its May Call Witness List and Preliminary Exhibit List required by the Court's Scheduling Order dated November 8, 1999:

### MAY CALL WITNESS LIST

1. Joel A. Morvant, Sr.

2. Monica Morvant

3. Joel A. Morvant, Jr.

4. Ridge M. Morvant

5. Representative(s) of C & D Production Specialists Co., Inc.



6.  Dr. Joseph Comeaux

7.  Representative(s) of CXY Energy Inc.

8.  Representative(s) of L & L Sandblasting, Inc.

9.  David Allbritton

## PRELIMINARY EXHIBIT LIST

1.  Accident Reports

2.  Time Tickets of Plaintiff

3.  Time Tickets of L & L Sandblasting employees

4.  Medical records of plaintiff

5.  Tax returns and Social Security Earnings statements of plaintiff

6.  Statements of witnesses

7.  CXY Minor Injury Report dated 8/9/98

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have on this 24th day of November, 1999, served a copy of the above and foregoing pleading on counsel for all parties to this proceeding by placing a copy of same in the United States Mail, properly addressed and postage pre-paid.

_____

RESPECTFULLY SUBMITTED,

_____
BRUCE R. HOEFER, JR., T.A. (#6899)
ANNE DERBES KELLER (#20584)
**ADAMS AND JOHNSTON**
601 Poydras Street, Suite 2490
New Orleans, LA 70130
Tele: (504) 581-2606
Fax: (504) 525-1488
*Attorneys for CXY Energy Inc.*

Trial 6-5-00

RECEIVED
NOV 26 1999
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

LAW OFFICES
**ADAMS AND JOHNSTON**
A PROFESSIONAL LAW CORPORATION
SUITE 2490
PAN AMERICAN LIFE CENTER
601 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

TELEPHONE
(504) 581-2606
TELECOPIER
(504) 525-1488
E-MAIL:
a&j@aj-law.com

November 24, 1999

604-011

**Clerk of Court
United States District Court
Western District of Louisiana
Lafayette-Opelousas Division**
800 Lafayette Street
Lafayette, Louisiana 70501

    RE:    **Joel A. Morvant, Sr., et al v.
L & L Sandblasting, Inc. and CXY Energy Inc.
USDC (WDLA) No. CV99-1427 L-O
Judge John M. Shaw
Magistrate Judge Methvin**

Dear Clerk:

    Please find enclosed **CXY Energy Inc.'s May Call Witness List and Preliminary Exhibit List**, which we would appreciate your filing into the record of the above-referenced matter. After filing, please return a conformed, date-stamped copy of the May Call Witness List and Preliminary Exhibit List in the envelope provided.

    Thanking you in advance for your courtesy and cooperation, I am,

                            Yours sincerely,

                            Dawn Sarrat Hartman
                            Legal Assistant to
                            Bruce R. Hoefer, Jr.
                            Anne Derbes Keller

/DSH
Enclosures