

```
                    FILED
        USDC, WESTERN DISTRICT OF LA
        ROBERT H. SHEMWELL, CLERK
        DATE  Jan, 24, 00
        BY     Gal
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| JOEL A. MORVANT, SR., MONICA MORVANT, JOEL A. MORVANT, JR., AND RIDGE M. MORVANT | CIVIL ACTION NO: CV99-1427 L-O |
| VERSUS | JUDGE TUCKER L. MELANCON<br>MAGISTRATE JUDGE METHVIN |
| L&L SANDBLASTING, INC., AND CXY ENERGY, INC. | |

### NOTICE OF DEPOSITION

*TO:*  **Kenneth W. Jacques**             **Robert S. Hinyub, Jr., Esq.**
       **Attorney at Law**                 **Voohries & Labbe**
       203 Carondelet Street               Post Office Box 3527
       Suite 355                           Lafayette, LA 70502-3527
       New Orleans, LA 70130

PLEASE TAKE NOTICE that defendant, **CXY Energy Inc.**, through undersigned counsel, will take the testimony on oral examination of the below-named individual, for all lawful purposes, before an officer authorized to administer oaths, on the date, time, and place below listed, at which you are invited to attend and participate to the extent you deem fit and proper.

*DEPONENT:*  **JOEL A. MORVANT, SR.**
*LOCATION:*  **203 Carondelet Street, Suite 355**
             **New Orleans, LA 70130**
*DATE:*      **February 23, 2000**
*TIME:*      **1:00 P.M.**



*JOEL A. MORVANT, SR., ET AL v. L&L SANDBLASTING, INC., ET AL*
*USDC (WDLA) NO. CV99-1427 L-O*
**NOTICE OF DEPOSITION**

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 20th day of January, 2000, served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing a copy of same by U. S. Mail, postage pre-paid.

Respectfully submitted,

ADAMS AND JOHNSTON

BRUCE R. HOEFER, JR. (#6689)
ANNE DERBES KELLER (#20584)
Suite 2490, 601 Poydras Street
New Orleans, Louisiana 70130
Telephone: (504) 581-2606
Facsimile: (504) 525-1488
**Attorneys for CXY Energy, Inc.**

2

LAW OFFICES
## ADAMS AND JOHNSTON
A PROFESSIONAL LAW CORPORATION
SUITE 2490
PAN AMERICAN LIFE CENTER
601 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

TELEPHONE
(504) 581-2606
TELECOPIER
(504) 525-1488
E-MAIL:
a&j@aj-law.com

*RECEIVED LAFAYETTE, LA*
*JAN 24 2000*
*ROBERT H. SHEMWELL, CLERK*
*WESTERN DISTRICT OF LOUISIANA*

January 20, 2000

604-011

**Clerk of Court**
**United States District Court**
**Western District of Louisiana**
**Lafayette-Opelousas Division**
800 Lafayette Street
Lafayette, Louisiana 70501

    **RE:**     *Joel A. Morvant, Sr., et al v.*
            *L & L Sandblasting, Inc. and CXY Energy Inc.*
            *USDC (WDLA) No. CV99-1427 L-O*
            *Judge Tucker L. Melancon*
            *Magistrate Judge Methvin*

Dear Clerk:

    Please find enclosed an original and one copy of a **Notice of Deposition** which we would appreciate your filing into the record of the above-referenced matter. After filing, please return a conformed, date-stamped copy of the Notice in the envelope provided.

    Thanking you in advance for your courtesy and cooperation, I am,

                                    Yours sincerely,

                                    Dawn Sarrat Hartman
                                    Legal Assistant to
                                    Bruce R. Hoefer, Jr.
                                    Anne Derbes Keller

/DSH
Enclosures