



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

MAR 10 2000

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

| | |
|---|---|
| Morvant, et al | Civil Action 99-1427 |
| versus | Judge Tucker L. Melançon |
| L&L Sandblasting, et al | Magistrate Judge Mildred E. Methvin |

## ORDER

IT IS ORDERED that the clerk administratively terminate this action in his records, without prejudice to the right of the parties to move to reopen the proceedings within one year of the date of this order, after plaintiff has reached maximum medical improvement. If such motion is filed, the parties are to concurrently submit a joint proposed scheduling order as to any matters, the deadlines of which have not previously expired.

This order shall not be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered.

THUS DONE AND SIGNED in Lafayette, Louisiana, on this 10th day of March, 2000.

Tucker L. Melançon
United States District Judge

COPY SENT
DATE  MAR 10 2000
BY ____
TO ____

COPY SENT: United States District Judge
DATE: 3-13-00
BY: ____
TO: Jacques, Graudet, Keller, Williams