

**FILED**
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 3/20/00
BY __

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| JOEL A. MORVANT, SR., | * | CIVIL ACTION NO.: CV99-1427 |
| MONICA MORVANT, | | |
| JOEL A. MORVANT, JR., AND | * | SECTION L-O |
| RIDGE M. MORVANT | | |
| | * | |
| VERSUS | | |
| | * | JUDGE TUCKER L. MELANCON |
| L&L SANDBLASTING, INC. and | | |
| CXY ENERGY INC. | * | MAGISTRATE METHVIN |

**************************************************************************

## STATEMENT OF UNCONTESTED FACTS

NOW INTO COURT, through undersigned counsel comes defendant, CXY Energy Inc. who submits the following Statement of Uncontested Facts in support of its Motion for Summary Judgment:

1) Plaintiff, Joel A. Morvant, Sr., claims to have been injured while working aboard CXY Energy Inc. Eugene Island Platform 259"B" at 12:15 a.m. (0015 hours) on August 8, 1998. (Deposition Exhibit 1 of Joel A. Morvant, 2/23/00)

2) Plaintiff, Joel A. Morvant, Sr., was first employed as a production operator



            by C&D Production Specialists Company, Inc. in 1996. (Deposition of Joel A. Morvant, 2/23/00, pages 21-22)

3)      C & D Production Specialists Company, Inc. assigned him to work for CXY Energy Inc. four to five months after he was first hired by C & D. (Deposition of Joel A. Morvant, 2/23/00, page 23)

4)      Plaintiff, Joel A. Morvant, Sr., understood that he would be working with CXY Energy Inc. until further notice. (Deposition of Joel A. Morvant, 2/23/00, page 40-41)

5)      At the time of his alleged accident, 8/8/98, plaintiff, Joel A. Morvant, Sr., had been working in CXY Energy Inc.'s Eugene Island field for approximately two (2) years as a production operator. (Deposition of Joel A. Morvant, 2/23/00, page 24)

6)      CXY Energy Inc. assigned plaintiff, Joel A. Morvant, Sr., to CXY Platforms 259"C" and 259"A" prior to assigning him to 259"B". (Deposition of Joel A. Morvant, 2/23/00, page 24)

7)      Plaintiff, Joel A. Morvant, Sr., reported to his supervisor, Mike King, senior production operator for CXY Energy Inc. (Deposition of Joel A. Morvant, 2/23/00, page 25)

8)      CXY Energy Inc. provided plaintiff, Joel A. Morvant, Sr., with all instructions for his work as a production operator on CXY platforms.

2

(Deposition of Joel A. Morvant, 2/23/00, pages 41 and 286)

9) Plaintiff, Joel A. Morvant, Sr., relied solely on CXY Energy Inc. to provide him with his job duties as production operator on CXY platforms. (Deposition of Joel A. Morvant, 2/23/00, page 286)

10) Plaintiff, Joel A. Morvant, Sr., performed his work according to orders from CXY Energy, Inc. (Deposition of Joel A. Morvant, 2/23/00, page 180)

11) CXY Energy Inc. had the right to discharge plaintiff, Joel A. Morvant, Sr. (Deposition of Joel A. Morvant, 2/23/00, page 181)

12) Plaintiff, Joel A. Morvant, Sr., was subject to discharge by CXY Energy, Inc. if he failed to follow CXY's rules. (Deposition of Joel A. Morvant, 2/23/00, page 256)

13) While working in CXY Energy Inc.'s Eugene Island field, the only reason plaintiff, Joel A. Morvant, Sr., went to C&D's office was to drop off time tickets. (Deposition of Joel A. Morvant, 2/23/00, page 40)

14) Plaintiff, Joel A. Morvant, Sr., had to have CXY Energy Inc. approve his time sheets before he could take them to C&D Production Specialists, Inc. to be paid. (Deposition of Joel A. Morvant, 2/23/00, page 181-182)

15) CXY Energy Inc. provided work evaluations regarding the work performance of plaintiff, Joel A. Morvant, Sr. (Deposition of Joel A. Morvant, 2/23/00, page 189-190)

16) No one from C&D Production Specialists Company, Inc. was ever on the platforms with the plaintiff, Joel A. Morvant, Sr., to observe his work performance. (Deposition of Joel A. Morvant, 2/23/00, page 189-190)

17) The work evaluations of plaintiff, Joel A. Morvant, Sr., prepared by CXY Energy Inc. provided the basis for his promotions. (Deposition of Joel A. Morvant, 2/23/00, page 194)

18) Plaintiff, Joel A. Morvant, Sr., was subject to being reprimanded, and had in fact been reprimanded, by CXY Energy, Inc. supervisors. (Deposition of Joel A. Morvant, 2/23/00, pages 191-193)

19) CXY Energy Inc. provided the equipment necessary for plaintiff, Joel A. Morvant, Sr., to perform his work as production operator on CXY platforms. (Deposition of Joel A. Morvant, 2/23/00, page 32)

20) As the production operator for CXY Platform 259"B", plaintiff was responsible for providing information regarding platform 259"B" for inclusion in CXY's morning reports. (Deposition of Joel A. Morvant, 2/23/00, p. 34)

21) Platform 259"B," the location of plaintiff's alleged accident, was located on the Outer Continental Shelf off the coast of Louisiana. (Plaintiff's Complaint for Damages, Par. IV.)

22) CXY and C&D Production Specialists Company, Inc. entered into a Master

Service Agreement dated October 18, 1995 that was in force and effect at the time of plaintiff's alleged accident.

Respectfully submitted:

ADAMS AND JOHNSTON

*/s/ Bruce R. Hoefer, Jr.*

BRUCE R. HOEFER, JR., T.A. (#6889)
ANNE DERBES KELLER (#20584)
601 Poydras Street, Suite 2490
New Orleans, LA 70130
Tele: (504) 581-2606
Fax: (504) 525-1488
Counsel for CXY Energy Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have on this 17th day of March, 2000, served a copy of the above and foregoing pleading on counsel for all parties to this proceeding by placing a copy of same in the United States Mail, properly addressed and postage pre-paid.

*/s/ Bruce R. Hoefer, Jr.*

BRUCE R. HOEFER, JR.

LAW OFFICES

# ADAMS AND JOHNSTON

A PROFESSIONAL LAW CORPORATION

SUITE 2490
PAN AMERICAN LIFE CENTER
601 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

TELEPHONE
(504) 581-2606
TELECOPIER
(504) 525-1488
E-MAIL:
a&j@aj-law.com

RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 3/20/00

March 17, 2000

604-011

*Clerk of Court*
*United States District Court*
*Western District of Louisiana*
*Lafayette-Opelousas Division*
800 Lafayette Street
Lafayette, Louisiana 70501

      *RE:*    *Joel A. Morvant, Sr., et al v. L & L Sandblasting, Inc. and CXY Energy Inc.*
             *USDC (WDLA) No. CV99-1427 L-O*

Dear Clerk:

    Please find enclosed an original and one copy of the following pleadings which we would appreciate your filing into the record of the above-referenced matter:

1. Motion for Summary Judgment (with Exhibits) on behalf of CXY Energy Inc.;

2. Memorandum in Support of Motion for Summary Judgment on behalf of CXY Energy Inc.;

3. Statement of Uncontested Facts; and

4. Motion to Set for Hearing.

After filing, please return the conformed, date-stamped copies in the envelope provided.

Very truly yours,

Bruce R. Hoefer, Jr.

BRH/mpk
Enclosure
cc:    The Honorable Judge Tucker L. Melancon
        Kenneth W. Jacques
        James P. Doherty, III
        Ted Williams