U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

APR 0 5 2000

ROBERT H. SHEMWELL, CLERK
BY_____
                    DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| JOEL A. MORVANT, SR., MONICA MORVANT, JOEL A. MORVANT, JR., AND RIDGE M. MORVANT | * * * | CIVIL ACTION NO. 99-1427 |
| VERSUS | * | SECTION: L-O |
| L&L SANDBLASTING, INC., and CXY ENERGY, INC. | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### STATEMENT OF GENUINE ISSUES FOR TRIAL

1. Whether the terms of the Master Service Agreement were strictly adhered to by the parties thereto and whether the terms of the agreement are therefore controlling.

2. Whether there was an implied waiver of the independent contractor provisions of the Master Service Agreement.

3. Whether the Master Service Agreement permitted alteration of its provisions other than in writing.

4. Did C&D Production terminate its relationship with the plaintiff, considering the acknowledged fact that C&D continue to pay and train and certify the plaintiff?



5. Does plaintiff's furnishing of his own tools require a finding against borrowed servant status?

                Respectfully submitted

                _____
                Kenneth W. Jacques #7214
                203 Carondelet Street, #355
                New Orleans, LA 70130
                Attorney for plaintiff
                504-524-1954

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this ___31st___ day of ___March___, 2000 served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____

**KENNETH W. JACQUES**
A PROFESSIONAL LAW CORPORATION
SUITE 355 - MARITIME BLDG.
203 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130

KENNETH W JACQUES

(504) 524-1954
LA 1-800-349-1954
OUT OF LA 1-800-487-6294
FACSIMILE (504) 529-1782

RECEIVED March 31, 2000

APR 0 5 2000
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

Clerk of Court
United States District Court
Western District
300 Fannin Street, Room 1100
Shreveport, Louisiana 71101

        Re:    Joel A. Morvant, Sr. v.
               L & L Sandblasting, Inc. and CXY Energy, Inc.
               Your file No. 00551-0585
               USDC/Western District of Louisiana
               Civil Action No. 99-1427, L-O

Dear Sirs:

      Please find enclosed the original and one(1) copy of plaintiff's **Memorandum in Opposition to CXY Inc.'s Motion for Summary Judgment and Statement of Genuine Issues for Trial**. Please return the copy to me, conformed, in the self-addressed stamped envelope which is enclosed.

      With all best wishes, I remain

                                      Most respectfully,

                                      Kenneth W. Jacques

KWJ/kes
cc: Hon. Tucker L. Melancon
    United States District Judge
    800 Lafayette St., Suite 4700
    Lafayette, LA 70501 w/ encls.

All counsel w/ encls.