U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

APR 2 5 2000

ROBERT H. SHEMWELL, CLERK
BY _____
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE - OPELOUSAS DIVISION

| | | |
|---|---|---|
| JOEL A. MORVANT, SR., MONICA MORVANT, JOEL A. MORVANT, JR. AND RIDGE M. MORVANT | * * * * | CIVIL ACTION NO. CV 99-1427 L-O |
| VERSUS | * * | JUDGE MELANCON |
| L&L SANDBLASTING, INC. AND CXY ENERGY, INC. | * * | MAGISTRATE METHVIN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ANSWER TO COMPLAINT OF INTERVENTION

NOW INTO COURT, through undersigned counsel, comes L & L SANDBLASTING, INC., who in answer to the Complaint of Intervention of Louisiana Workers Compensation Corporation ("LWCC"), avers as follows:

### FIRST DEFENSE

The Complaint of Intervention fails to state a claim or cause of action against L & L Sandblasting, Inc. upon which relief may be granted.

### SECOND DEFENSE

Answering separately the allegations of the Complaint of Intervention, L & L Sandblasting, Inc. avers as follows:

I.

The allegations of paragraph 1 of the Complaint of Intervention do not require an answer of this defendant in that they merely reference the Complaint for Damages filed by the Complainant, a written document which is the best evidence of itself and which has

Voorhies & Labbe
(A Professional Law Corporation)
700 St. John Street
LAFAYETTE, LOUISIANA
70502-3527
PHONE: 318 232-9700
Telecopier
# 235-4943

already been answered by L & L Sandblasting, Inc. However, out of an abundance of caution and should a response be deemed necessary, L & L Sandblasting, Inc. adopts as if copied *in extenso* all its prior answers, denials, and defenses previously pled in answer to the Complaint for Damages filed by the Complainant.

II.

The allegations of paragraph 2 of the Complaint of Intervention are denied for lack of information sufficient to justify a belief therein.

III.

The allegations of paragraph 3 of the Complaint of Intervention are denied for lack of information sufficient to justify a belief therein.

IV.

The allegations of paragraph 4 of the Complaint of Intervention are denied for lack of information sufficient to justify a belief therein.

V.

The allegations of paragraph 5 of the Complaint of Intervention contain conclusions of law and statements of legal principals and thus, no answer is required of this defendant. However, out of an abundance of caution and should response be deemed necessary, the allegations are denied.

VI.

The allegations of paragraph 6 of the Complaint of Intervention contain conclusions of law and statements of legal principals and thus, no answer is required of this defendant.

VOORHIES & LABBE
(A Professional Law Corporation)
700 St. John Street
LAFAYETTE, LOUISIANA
70502-3527
PHONE. 318 232-9700
Telecopier
# 235-4943

However, out of an abundance of caution and should response be deemed necessary, the allegations are denied.

## VII.

The allegations of paragraph 7 of the Complaint of Intervention contain conclusions of law and statements of legal principals and thus, no answer is required of this defendant. However, out of an abundance of caution and should a response be deemed necessary, the allegations are denied.

WHEREFORE, premises considered, L & L SANDBLASTING, INC. prays that this Answer be deemed good and sufficient; that after the lapse of all legal delays and due proceedings had, there be a judgment herein in favor of L & L Sandblasting, Inc., dismissing LWCC's Complaint of Intervention, at LWCC's cost; for all orders and decrees necessary in the premises; and for all general and equitable relief.

Respectfully submitted,

VOORHIES & LABBÉ
(A Professional Law Corporation)

BY: _____
W. GERALD GAUDET (#5971)
JAMES P. DOHERTY (#25651)
700 St. John Street
Suite 400
P. O. Box 3527
Lafayette, LA 70502-3527
Telephone: 337-232-9700
**ATTORNEYS FOR L & L SANDBLASTING, INC.**

VOORHIES & LABBE
(A Professional Law Corporation)
700 St. John Street
LAFAYETTE, LOUISIANA
70502-3527
PHONE: 318 232-9700
Telecopier
# 235-4943

## CERTIFICATE

**I HEREBY CERTIFY** that a copy of the above and foregoing has this day been forwarded to all known counsel of record by depositing same in the United States mail, postage prepaid and properly addressed.

Lafayette, Louisiana this 24th day of April, 2000.

JAMES P. DOHERTY, III

154472

VOORHIES & LABBE
(A Professional Law Corporation)
700 St. John Street
LAFAYETTE, LOUISIANA
70502-3527
PHONE: 318 232-9700
Telecopier
# 235-4943

**VOORHIES & LABBÉ**
A PROFESSIONAL LAW CORPORATION
Est. 1924

700 St. John Street
Post Office Box 3527
Lafayette, Louisiana 70502-3527
(337) 232-9700
Facsimile (337) 235-4943

Website: www.vola.com
Email: vl@vola.com

H. Edwin McGlasson
W. Gerald Gaudet‡
Richard D. Chappuis, Jr.
William M. Bass
John Nickerson Chappuis
Robert L. Ellender
Cyd Sheree Page
Robert M. Francez
Elizabeth L. Guglielmo†‡
Sam R. Aucoin
James A. Lochridge, Jr.

**Monroe Office**
1900 North 18th Street
Suite 801
Monroe, Louisiana 71201
(318) 325-6444
Facsimile (318) 323-7518

Lamont P. Domingue
Mary McCrory Hamilton
Simone C. Dupré
George J. Armbruster III
Julie A. Scheib
Brent P. Frederick
James P. Doherty, III
Kristen B. Menard
Jeremy A. Hebert
S. Brian Perry

Of Counsel
John W. Hutchison

Bennett J. Voorhies   (1901-1970)
Donald Labbé         (1900-1966)
D. Mark Bienvenu     (1931-1991)
Robert A. Lecky      (1940-1998)

†Admitted to Practice in Georgia
‡Admitted to Practice in Texas

Writer's Email: jpd@vola.com

RECEIVED IN LAFAYETTE, LA APR 25 2000 ROBERT H. SHEMWELL, CLERK WESTERN DISTRICT OF LOUISIANA

April 24, 2000

Honorable Robert H. Shemwell
Clerk - United States District Court
800 Lafayette Street - Suite 2100
Lafayette, LA 70501

RE: Joel A. Morvant, et al vs. L&L Sandblasting and CXY Energy, Inc.
    Civil Action Number: 99-1427
    Judge Melancon/Magistrate Methvin
    Our File Number: 00551-0585

Dear Sir:

Enclosed please find an original and one copy of an Answer to Complaint of Intervention which we request that you file into the record. We also request that you stamp "filed" the enclosed copy and return to our office. *done gab*

With best wishes, I am

Very truly yours,

*[signature]*

W. GERALD GAUDET
JAMES P. DOHERTY, III
WGG/JPD:kng/154795
Enclosures
cc:   Kenneth W. Jacques
      Thomas C. Williams