UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

JAN 1 1 2002

ROBERT H. SHEMWELL, CLERK
BY _____
             DEPUTY

| | |
|---|---|
| JOEL A. MORVANT, SR., MONICA MORVANT, JOEL A. MORVANT, JR. and RIDGE M. MORVANT<br><br>VERSUS<br><br>L & L SANDBLASTING, INC. And CXY ENERGY, INC. | CIVIL ACTION NO.: 99-1427<br><br>SECTION: L-O |

## *MOTION AND ORDER TO DISMISS WITH PREJUDICE*

**NOW INTO COURT,** through undersigned counsel, comes Louisiana Workers' Compensation Corporation, Intervenor herein, who submits that its claim filed in the above-entitled matter should be dismissed with prejudice.

**WHEREFORE,** after due consideration had, Louisiana Workers' Compensation Corporation prays that its claim filed in the above-entitled matter, be dismissed with prejudice.

Respectfully submitted:

_____
Ted Williams, Bar Roll No. 22690
**Johnson, Stiltner & Rahman**
2237 S. Acadian Thruway
Baton Rouge, Louisiana 70808
Telephone:   (225) 231-0858
Facsimile:    (225) 231-0986
Counsel for Intervenor:
Louisiana Workers' Compensation Corporation

## **CERTIFICATE**

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served on counsel for all parties by placing same in the United States Mail, postage prepaid, properly addressed, this 8th day of _____January_____, 2002.

_____
Ted Williams

RECEIVED

JAN 1 1 2002

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

JOEL A. MORVANT, SR.,
MONICA MORVANT, JOEL
B. MORVANT, JR. and RIDGE     CIVIL ACTION NO.: 99-1427
N. MORVANT

    SECTION: L-O

VERSUS

L & L SANDBLASTING, INC.
And CXY ENERGY, INC.

## *ORDER*

**CONSIDERING THE FOREGOING MOTION;**

**IT IS HEREBY ORDERED** that the claim of Louisiana Workers' Compensation Corporation asserted in the above-entitled matter be and the same is hereby dismissed with prejudice.

**THUS DONE AND SIGNED** this ____ day of _____, 2002, in New Orleans, Louisiana.

_____
**UNITED STATES DISTRICT COURT JUDGE**

# JOHNSON, STILTNER & RAHMAN

David K. Johnson
J. Michael Stiltner
Musa Rahman, LLM
Sammie H. Henry
Jeffrey J. Warrens
Thomas C. Williams
Robert J May
Patricia J. Delpit
Debra Talbot Parker
Phillip M. Hendry**
Travis R. LeBleu
Amanda H. Carmon
Candy Fodor Be
Frank E. Brown, III
Terrel A. Thomas
Granton R. Miller
Lisa A. Murray

**Also Admitted in Arkansas

*(Not a Partnership)*
*Employees of the Legal Department -*
*Louisiana Workers' Compensation Corporation*

2237 S. Acadian Thruway
P.O. Box 98001
Baton Rouge, Louisiana 70898-8001
Telephone: (225) 231-0875
Facsimile: (225) 231-0986
Writer's Direct Line: (225) 231-0858
Secretary's Direct Line: (225) 231-0856

Paul D. Buffone
*Director of Litigation Services*

Metairie Office:
Executive Tower, Suite 1100
3500 N. Causeway Blvd
Metairie, LA   70002
Facsimile: (504) 846-4641

Shreveport Office
920 Pierremont, Suite 505
Shreveport, LA  71106
Facsimile: (318) 866-9439

RECEIVED
JAN 11 2002
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

January 8, 2002

Ms. Catherine B. Carter
Clerk of Court
**U. S. District Court, Western District**
800 Lafayette Street, Suite 2100
Lafayette, Louisiana  70501

      RE:    *Joel Morvant, Sr., et al vs. L & L Sandblasting, Inc., et al*
             U. S. District Court, Western District, State of Louisiana
             Docket No.      :   CV99-1427, Section L-O
             Our Legal No. :   I-99-0643 SUB/LS
             Claim No.        :   69548

Dear Ms. Carter:

     Enclosed, please find the original and one copy of Motion and Order to Dismiss with Prejudice submitted on behalf of Intervenor, Louisiana Workers' Compensation Corporation regarding the above-entitled matter.  Please file same into the record of the Court, and provide my office with a conformed copy by using the enclosed self-addressed, stamped envelope provided.

     With kindest regards, I remain,

                            Sincerely,

                            Johnson, Stiltner & Rahman

                            Ted Williams

TW:mmm
Enclosures
cc:    Jerri Lynn Keller, Recovery
        Chris Kennedy, Claims Representative
        Kenneth Jacques, Esq. *(w/enc.)*
        Andrew W. Horstmyer, Esq. *(w/enc.)*
        James P. Doherty, III *(w/enc.)*