UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

**FILED**
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 01/16/02
BY _____

RECEIVED
JAN 11 2002
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

JOEL A. MORVANT, SR.,
MONICA MORVANT, JOEL
B. MORVANT, JR. and RIDGE
N. MORVANT

CIVIL ACTION NO.: 99-1427

SECTION: L-O

VERSUS

L & L SANDBLASTING, INC.
And CXY ENERGY, INC.

---

## ORDER

**CONSIDERING THE FOREGOING MOTION;**

**IT IS HEREBY ORDERED** that the claim of Louisiana Workers' Compensation Corporation asserted in the above-entitled matter be and the same is hereby dismissed with prejudice.

**THUS DONE AND SIGNED** this 15th day of January, 2002, in ~~New~~ Lafayette ~~Orleans~~, Louisiana.

_____
UNITED STATES DISTRICT COURT JUDGE

COPY SENT
DATE 01-16-02
BY ___
TO: TLM
order Bry

COPY SENT:
DATE: 1/17/02
BY: DB
TO: Jacques
Gaudet
Keller
Williams


43