U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

JUN 0 3 2002

ROBERT H. SHEMWELL, CLERK
BY_____
     DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE - OPELOUSAS DIVISION**

| | |
|---|---|
| JOEL A. MORVANT, SR., MONICA MORVANT, JOEL A. MORVANT, JR. AND RIDGE M. MORVANT | CIVIL ACTION NO.: CV 99-1427 L-O |
| VERSUS | JUDGE MELANCON |
| L&L SANDBLASTING, INC. and CXY ENERGY, INC. | MAGISTRATE METHVIN |

## MOTION TO STAY

NOW INTO COURT, through undersigned counsel, comes L&L SANDBLASTING, INC., which moves this Honorable Court for a stay of all proceedings pursuant to the Order of Conservation attached herein as Exhibit 1 concerning Legion Indemnity Company. Legion is now under an Order of Conservation and under that Order, all court proceedings including any attempt to execute judgments are stayed.

Accordingly, L&L SANDBLASTING, INC. prays for an Order staying all proceedings in the captioned claim until such time as the Order of Conservation allows any proceedings in the captioned matter to proceed.

Respectfully submitted:
**VOORHIES & LABBÉ**
(A Professional Law Corporation)

_____
W. GERALD GAUDET - #5971
JAMES P. DOHERTY, III - #25651
Post Office Box 3527
700 St. John Street
Lafayette, Louisiana 70502-3527
Telephone: (337) 232-9700
ATTORNEYS FOR
**L&L SANDBLASTING, INC.**



## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing has this day been forwarded to all known counsel of record by depositing same in the United States mail, postage prepaid and properly addressed.

Lafayette, Louisiana, this 31st day of May, 2002.

_____
JAMES P. DOHERTY, III

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE - OPELOUSAS DIVISION

| | |
|---|---|
| JOEL A. MORVANT, SR., MONICA MORVANT, JOEL A. MORVANT, JR. AND RIDGE M. MORVANT | CIVIL ACTION NO. CV 99-1427 L-O |
| VERSUS | JUDGE MELANCON |
| L&L SANDBLASTING, INC. and CXY ENERGY, INC. | MAGISTRATE METHVIN |

### RULE TO SHOW CAUSE

Considering the foregoing Motion for Stay;

IT IS HEREBY ORDERED that plaintiffs, Joel A. Morvant, Sr., Monica Morvant, Joel A. Morvant, Jr. and Ridge M. Morvant, show cause, if any they can, on the _____ day of _____, 2002 at _____ a.m. why the Motion for Stay should not be granted.

Lafayette, Louisiana this _____ day of _____, 2002.

_____
JUDGE

229915

# Voorhies & Labbé

**Professional Law Corporation**
**Est. 1924**

H. Edwin McGlasson, Jr.
W. Gerald Gaudet‡
Richard D. Chappuis, Jr.
William M. Bass
John Nickerson Chappuis
Robert L. Ellender
Cyd Sheree Page
Robert M. Francez
Sam R. Aucoin
James A. Lochridge, Jr.

Lamont P. Domingue
Mary McCrory Hamilton
Simone C. Dupré
George J. Armbruster III
Julie A. Scheib
James P. Doherty, III
Kristen B. Menard
S. Brian Perry
Ginger Hargett Welborn

**Monroe Office**
1900 North 18th Street
Suite 801
Monroe, Louisiana 71201
318.325.6444
Facsimile 318.323.7518

700 St. John Street
Post Office Box 3527
Lafayette, Louisiana 70502-3527
337.232.9700
Facsimile 337.235.4943

Of Counsel
John W. Hutchison
Elizabeth L. Guglielmo††

Bennett J. Voorhies (1901-1970)
Donald Labbé (1900-1966)
D. Mark Bienvenu (1931-1991)
Robert A. Lecky (1940-1998)

†Admitted to Practice in Georgia
‡Admitted to Practice in Texas

Web Site: www.volalaw.com
Email: vl@volalaw.com

Writer's Email: jpd@volalaw.com

RECEIVED JUN 0 3 2002 WELL, CLERK OF LOUISIANA WESTERN LAFAYETTE, LOUISIANA

May 31, 2002

Honorable Robert H. Shemwell
Clerk - United States District Court
800 Lafayette Street, Suite 2100
Lafayette, LA 70501

    Re:    Joel A. Morvant, et al vs.
           L&L Sandblasting and CXY Energy, Inc.
           Civil Action No. CV 99-1427-LO
           Our File Number: 00551-0585

Dear Clerk:

Enclosed please find L&L Sandblasting's Notice of Stay and Rule to Show Cause which I appreciate you presenting to the appropriate judge for signing and then filing into the record of the above referenced matter. After same has been signed, please return a copy of the Rule to Show Cause with the date of hearing on it to my office.

By copy of this correspondence, same has been forwarded to all counsel of record.

With kindest personal regards, I remain

Very truly yours,

JAMES P. DOHERTY, III
JPD/klb/229916

cc:    Mr. Kenneth W. Jacques

*[Handwritten annotations: "prepared order refused to TLM"; "Motion refers to Exhibit #1. There is NO Exhibit enclosed. CNo"]*