

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

FILED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 06/21/02
BY _____

Morvant, et al                                    Civil Action 99-1427

versus                                            Judge Tucker L. Melançon

L&L Sandblasting, Inc., et al                     Magistrate Judge Methvin

## ORDER

Based on the Motion To Stay [Rec. Doc. 44] filed by defendant L&L Sandblasting, Inc. and plaintiffs' June 21, 2002 notice to the Court that they have no objection to the motion,

IT IS ORDERED that the clerk administratively terminate this action in his records, without prejudice to the right of the parties to move to reopen the proceedings within ten (10) days of the date of an order of the Commonwealth Court of Pennsylvania lifting the stay of Docket No. 183 MD 2002. If such motion is filed, the parties are to concurrently submit a joint proposed scheduling order as to any matters which require deadlines imposed in order to prepare this case for trial.

This order shall not be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered.

THUS DONE AND SIGNED in Lafayette, Louisiana, on this 21st day of June, 2002.

COPY SENT (BY FAX)
DATE 06-21-02
BY _____
TO _Jacques_
_Houdet_
_Keller_

_____
Tucker L. Melançon
United States District Judge