UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **JOEL A. MORVANT, SR.** *Individually and o/b/o Joel A. Morvant, Jr. & Ridge M. Morvant* **MONICA MORVANT** *Individually and o/b/o Joel A. Morvant, Jr. & Ridge M. Morvant* | CIVIL ACTION NO. 99-1427 JUDGE TUCKER L. MELANÇON MAGISTRATE JUDGE METHVIN |

VS.

**L&L SANDBLASTING, INC.**
  *Defendant and Third-Party Plaintiff*

VS.

**ROBERT M. HODGE**
  *Third-Party Defendant*

## RULING ON MOTION TO DISMISS

This matter was referred to United States Magistrate Judge Mildred E. Methvin for Report and Recommendation. No objections have been filed. After an independent review of the record, the Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the third-party defendant Robert M. Hodge's motion to dismiss is **GRANTED,** and all claims against Robert M. Hodge are hereby **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 11th day of April, 2008.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE