UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| JOEL A. MORVANT, SR.<br>  *Individually and o/b/o Joel A. Morvant, Jr.*<br>  *& Ridge M. Morvant*<br>MONICA MORVANT<br>*Individually and o/b/o Joel A. Morvant, Jr.*<br>  *& Ridge M. Morvant* | CIVIL ACTION NO. 99-1427<br><br>JUDGE MELANÇON<br><br>MAGISTRATE JUDGE METHVIN |
| VS. | |
| L&L SANDBLASTING, INC.<br>  *Defendant and Third-Party Plaintiff* | |

*MINUTE ENTRY OF SETTLEMENT CONFERENCE*
*April 25, 2008*

This matter is set for jury trial before Judge Melançon on November 17, 2008. The pretrial conference is set for October 15, 2008.

On April 25, 2008, the undersigned magistrate judge held a settlement conference commencing at 10:00 a.m. and concluding at 1:00 p.m. Participating in the conference were the following:

| NAME OF PARTY | ATTORNEYS | REPRESENTATIVES |
|---|---|---|
| Joel Morvant, Sr., *Individually and o/b/o Joel A. Morvant, Jr., o/b/o Ridge M. Morvant* Monica Morvant, *Individually and o/b/o Joel A. Morvant, Jr., o/b/o Ridge M. Morvant,* Plaintiffs | Louis R. Koerner<br>Kenneth W. Jacques<br>Olivier Adamy | Joel Morvant, Sr. |
| L&L Sandblasting, Inc., Defendant | James P. Doherty<br>Jacque B. Pucheu, Jr. | Richard Ledoux, Defendant's principal |

2

_____At the conclusion of the conference, the parties reached an amicable settlement of the dispute. The settlement funds and releases will be provided by defendants within thirty days of April 25, 2008.

The parties request entry of an order of dismissal, removing this case from the trial docket of February 22, 1999. The parties also request that the court retain jurisdiction over the settlement of the case under <u>Kokkonen v. Guardian Life</u>, 511 U.S. 375, 114 S.Ct. 1673 (1994).

Signed at Lafayette, Louisiana, on May 6, 2008.

_____
Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)