UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

Morvant, et al                                              Civil Action No.99-CV-1427

versus                                                          Judge Tucker L. Melançon

L&L Sandblasting, Inc.                                 Magistrate Judge Methvin

JUDGMENT OF DISMISSAL

Considering the Minute Entry of Settlement Conference on April 25, 2008 advising that the parties in the above action have reached an amicable settlement [Rec. Doc. 134], it is,

ORDERED that this action is hereby DISMISSED without costs and without prejudice to the right, upon good cause shown within thirty (30) days, to reopen the action if settlement is not consummated. It is

FURTHER ORDERED that the parties are to submit to the Court a joint stipulation of dismissal pursuant to Fed. R. Civ. P. 41 within thirty (30) days of entry of this judgment.

The Court retains jurisdiction over the settlement of this action under <u>Kokkonen v. Guardian Life</u>, 511 U.S. 375, 114 S.Ct. 1673 (1994).

THUS DONE AND SIGNED on this 7th day of May, 2008 in Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE